**Ophelia De'LONTA, f/k/a M. Stokes, f/k/a Michael A. Stokes, Plaintiff—Appellant,**

v.

**Gene JOHNSON; Robin Hulbert; Alvin Baskerville; E. Barksdale; Maggie Neal; Susan Carson; Shanda W. Dawkins; Major Lewis; Major Rowlette;**

**Dr. Fisher; D. Keck; Dawn Goode; Cpt. Allen; Eddie L. Pearson, Warden; W.P. Rogers, Regional Director; G.K. Washington, Regional Director; Officer Lee, Correctional Officer; Officer Mosby, Correctional Officer; Officer Whithey, Correctional Officer; Officer Cosby, Correctional Officer; Officer Blunt, Correctional Officer; Officer Fleming, Correctional Officer; Officer Gray, Correctional Officer, Defendants—Appellees.**

No. 08–7282.

United States Court of Appeals, Fourth Circuit.

Submitted: Feb. 26, 2009.

Decided: March 5, 2009.

Ophelia De'Lonta, Appellant Pro Se. William W. Muse, Assistant Attorney General, Richmond, Virginia, Elizabeth Martin Muldowney, Rawls & McNelis, PC, Richmond, Virginia, for Appellees.

Before NIEMEYER, MICHAEL, and GREGORY, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Ophelia De'Lonta appeals the magistrate judge's stipulation of dismissal order.* We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the magistrate judge in her order denying De'Lon-

---

* The parties consented to the jurisdiction of a magistrate judge pursuant to 28 U.S.C. § 636(c) (2006).

ta's motion to dismiss settlement. *De'Lonta v. Johnson,* No. 1:05–cv–01469–TCB (E.D. Va. filed July 2 & entered July 3, 2008). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*